**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: GLADYS DICKSON, AN ALLEGED INCAPACITATED PERSON | : No. 74 MM 2020 |
| | : |
| | : |
| | : |
| PETITION OF: DONNA L. BREWER | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.